PS 42
(NCW 5/10)

# United States District Court

## WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| DONALD JENKINS | ) | Docket No.: 0419 3:16CR00013-012 |
| | ) | |

### REQUEST TO MODIFY CONDITIONS OF RELEASE
### ACCORDING TO ATTACHED PS42A CONSENT BY DEFENDANT

I, Clifton E. Johnson, U.S. Probation Officer, recommend the following modification of the defendant's release:

Submit to a mental health evaluation and/or treatment program under the guidance and supervision of the U.S. Probation Officer.

This Modification Order has been discussed with AUSA William T. Bozin, who concurs with the recommendation.

s/Clifton E. Johnson                                            2/10/2016

Clifton E. Johnson                                               Date
U.S. Probation Officer

Reviewed and Approved:

Deborah S. Fackrell                                             02/08/2016
Supervising U.S. Probation Officer                              Date

**REQUEST TO MODIFY CONDITIONS OF RELEASE
ACCORDING TO ATTACHED PS42A CONSENT BY DEFENDANT**

THE COURT ORDERS:

☒ The attached modification of conditions of release is ordered, to be effective immediately.

☐ The attached modification of release is not ordered.

Signed: February 10, 2016

David C. Keesler
United States Magistrate Judge