UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00013-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **DONALD JENKINS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the court's own Motion to Correct the Judgment in the Criminal Case. The court enters the following Order to correct typographical errors on the Judgment (#447) in this above-captioned case.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the statement "All recommendations made in the original judgment are continued" appearing on page 2 of the Judgment (#447) shall be **REMOVED**, and that the numbering on page 3 of "Additional Conditions" appearing as condition number 29 shall be **AMENDED** to read "28."

The Clerk of Court is directed to submit an amended Judgment reflecting this change.

Signed: November 18, 2016



Max O. Cogburn Jr.
United States District Judge